Carol M. MAGEE, Appellant,

v.

Guion C. MAGEE, Respondent.

No. WD 58842.

Missouri Court of Appeals,
Western District.

July 3, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2001.

John Shank, Jr., Kansas City, MO, for Appellant.

Deborah Duchardt Conklin, Gladstone, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA A. BRECKENRIDGE, and VICTOR C. HOWARD, Judge.

234

## ORDER

Carol Magee appeals the judgment of the circuit court dissolving the parties' marriage. We affirm. Rule 84.16(b).